1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF ILLINOIS

10

11    ANTHONY SCOTT PRUITT, AUDREY            Case No.    1:20-cv-01084-JES-JEH
      PRUITT, and all other similarly situated
12    individuals,                            **RULE 16 DISCOVERY PLAN**

13                  Plaintiffs,

14          v.

15    PAR-A-DICE HOTEL CASINO, BOYD
      GAMING CORPORATION, and any and all
16    other affiliated or subsidiary entities,

17                  Defendants.

18

19          Counsel for Plaintiffs and counsel for Defendants, having met on September 22 and

20    September 28, 2020 for the purpose of formulating a proposed discovery schedule for

21    consideration by the Court, hereby submit the following agreed deadlines for the Court's

22    consideration:

23          1.   Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  October 16, 2020

24          2.   Amendment of the pleadings:  January 30, 2020

25          3.   Joining additional parties:  January 30, 2020

26          4.   Close of fact discovery:  April 5, 2021

27          5.   Disclosure of Plaintiffs' experts:  May 5, 2021

28          6.   Disclosure of Plaintiffs' expert reports:  May 5, 2021

7.  Plaintiffs' experts deposed by:  May 26, 2021

8.  Disclosure of Defendants' experts:  June 18, 2021

9.  Disclosure of Defendants' expert reports:  June 18, 2021

10. Defendants' experts deposed by:  July 7, 2021

11. Completion of all discovery:  July 7, 2021

12. Dispositive motions:  August 4, 2021

| ANTHONY SCOTT AND AUDREY PRUITT, Plaintiffs. | BOYD GAMING CORPORATION AND PAR-A-DICE GAMING CORPORATION, Defendants. |
|---|---|
| By:  /s/ *Nathaniel A. Frenkel, Esq.* | By:  /s/  John C. Ellis |
| Nathaniel A. Frenkel & Steven R. Smith<br>161 N. Clark St.<br>Suite 2550<br>Chicago, IL 60601 | John C. Ellis<br>ELLIS LEGAL P.C<br>200 West Madison Street<br>Suite 2670<br>Chicago, IL 60606 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |