# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Scott Pruitt and Audrey Pruitt<br>*Plaintiff*<br>v.<br>Par-A-Dice Hotel Casino and Boyd Gaming Corporation<br>*Defendant* | Case No. 1:20-cv-01084-JES-JEH |

**ADDITIONAL APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scott Pruitt and Audrey Pruitt.

Date: 10/5/2020

*/s/ James B. Zouras*
*Attorney's signature*

James B. Zouras, ARDC #6230596
*Printed name and bar number*

100 N. Riverside Plaza, Suite 2150
Chicago, IL. 60606
*Address*

jzouras@stephanzouras.com
*E-mail address*

312-233-1550
*Telephone number*

312-233-1560
*FAX number*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Scott Pruitt and Audrey Pruitt ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-01084-JES-JEH |
| Par-A-Dice Hotel Casino and Boyd Gaming Corporation ) | |
| *Defendant* ) | |

## CERTIFICATE OF SERVICE

I certify that on  October 5, 2020 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

John Ellis (Jellis@ellislegal.com),

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

*/s/ James B. Zouras*
*Attorney's signature*

James B. Zouras, ARDC # 6230596
*Printed name and bar number*

100 N. Riverside Plaza, Suite 2150
Chicago, IL. 60606
*Address*

jzouras@stephanzouras.com
*E-mail address*

312-233-1550
*Telephone number*

312-233-1560
*Fax number*