# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Scott Pruitt and Audrey Pruitt )
*Plaintiff* )
v. )  Case No. 1:20-cv-01084-JES-JEH
Par-A-Dice Hotel Casino and Boyd Gaming Corporation )
*Defendant* )

**ADDITIONAL APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scott Pruitt and Audrey Pruitt .

Date: 10/5/2020

*/s/ Ryan F. Stephan*
*Attorney's signature*

Ryan F. Stephan, ARDC #6273101
*Printed name and bar number*

100 N. Riverside Plaza, Suite 2150
Chicago, IL. 60606
*Address*

rstephan@stephanzouras.com
*E-mail address*

312-233-1550
*Telephone number*

312-233-1560
*FAX number*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

Scott Pruitt and Audrey Pruitt )
*Plaintiff* )
v. ) Case No. 1:20-cv-01084-JES-JEH
Par-A-Dice Hotel Casino and Boyd Gaming Corporation )
*Defendant* )

## CERTIFICATE OF SERVICE

I certify that on October 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following: John Ellis (Jellis@ellislegal.com),

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

*/s/ Ryan F. Stephan*
*Attorney's signature*

Ryan F. Stephan, ARDC #6273101
*Printed name and bar number*

100 N. Riverside Plaza, Suite 2150
Chicago, IL. 60606
*Address*

rstephan@stephanzouras.com
*E-mail address*

312-233-1550
*Telephone number*

312-233-1560
*Fax number*