IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY SCOTT PRUITT, AUDREY PRUITT, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAR-A-DICE HOTEL CASINO, BOYD GAMING CORPORATION, and any and all other affiliated or subsidiary entities, <br><br> Defendants. | Case No. 1:20-cv-01084-JES-JEH |

**PLAINTIFFS' MOTION FOR HEARING CONCERNING DISCOVERY DISPUTE**

NOW COMES Named Plaintiffs, Anthony Scott Pruitt and Audrey Pruitt, individually and on behalf of all others similarly situated, by and through undersigned counsel, and for their Motion for Hearing Concerning Discovery Dispute, state as follows:

1. Pursuant to this Court's June 25, 2021 Order directing the Parties to confer regarding the schedule for remaining discovery, the Parties have attempted to confer and are at an impasse. Accordingly, Plaintiffs respectfully request a hearing concerning the schedule for remaining discovery.

**RULE 37(a)(1) CERTIFICATION**

Undersigned counsel, after a telephone call, e-mail correspondence and good faith attempts to resolve this discovery issue with defense counsel, have been unable to reach an accord on the foregoing dispute.

Dated: September 3, 2021                             Respectfully Submitted,

*/s/ Catherine T. Mitchell*

Ryan F. Stephan
Catherine T. Mitchell
Stephan Zouras, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
(312) 233-1550
(312) 233-1560 *f*
rstephan@stephanzouras.com
cmitchell@stephanzouras.com

Steven Smith
5555 N. Sheridan Road
Suite 708
Chicago, Illinois 60640
(312) 622-5545
stevesmithlaw88@gmail.com

Nathaniel A. Frenkel
1050 W. Monroe St.
#215
Chicago, Illinois 60607
nathanielafrenkel@gmail.com

***Attorneys for Plaintiffs and the Putative Class***

**CERTIFICATE OF SERVICE**

    I, the attorney, hereby certify that on September 3, 2021, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                            */s/ Catherine T. Mitchell*