## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY SCOTT PRUITT, AUDREY PRUITT, and all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>PAR-A-DICE HOTEL CASINO, BOYD GAMING CORPORATION, and any and all other affiliated or subsidiary entities,<br><br>    Defendants | Case No. 1:20-CV-01084-JES-JEH |

### STIPULATION TO REMAND ACTION TO THE
### CIRCUIT COURT OF TAZEWELL COUNTY

Plaintiffs Anthony Scott and Audrey Pruitt ("Plaintiffs") and Defendants Par-a-Dice Hotel Casino and Boyd Gaming Corporation ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to remand this action ("Action") to the Circuit Court of Tazewell County, Illinois, where it was originally filed.

In support of the instant stipulation, the Parties state as follows:

WHEREAS, this Action was originally filed in the Circuit Court of Tazewell County, Illinois on January 14, 2020 bearing Case No. 2020-L-000003.

WHEREAS, on March 2, 2020, Defendants removed this Action to the United States District Court for the Central District of Illinois (ECF No. 1).

WHEREAS, the Parties have reached a settlement agreement that, if finally approved by the presiding court, will resolve all claims asserted in this Action.

1

WHEREAS, the operative complaint in this Action asserts claims under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.* ("BIPA").

WHEREAS, since this Action was filed, the Seventh Circuit has issued four decisions that address whether Article III subject matter jurisdiction exists for various types of claims brought under BIPA: *Bryant v. Compass Group USA, Inc.*, 958 F.3d 617 (7th Cir. 2020); *Fox v. Dakkota Integrated Sys., LLC*, 980 F.3d 1146 (7th Cir. 2020); *Thornley v. Clearview AI, Inc.*, 984 F.3d 1241 (7th Cir. 2021); and *Cothron v. White Castle Sys., Inc.*, 20 F.4th 1156 (7th Cir. 2021).

WHEREAS, in light of the rulings in *Bryant*, *Fox*, *Thornley*, and *Cothron*, the Parties' settlement contemplates effectuation of the settlement of all claims in the Circuit Court of Tazewell County, Illinois, where the Action was originally commenced, and where there is no uncertainty regarding the Circuit Court's jurisdiction over all claims alleged in the Action.

WHEREAS, subject to the approval of the Court, the Parties have conferred and agreed that the Action should be remanded to the Circuit Court of Tazewell County, Illinois for all further proceedings related to the settlement; and

WHEREAS, the Parties have further agreed that the remand contemplated herein shall be without prejudice to Defendants' rights pursuant to 28 U.S.C. §§ 1441, 1446 and 1453.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. This Action shall be remanded to the Circuit Court of Tazewell County, Illinois;

2. Remand of this Action shall be without prejudice to Defendants' rights pursuant to 28 U.S.C. §§ 1441, 1446 and 1453;

3. The Clerk of the Court shall mark this Action as closed; and

4. Each party shall bear its own fees and costs.

**SO ORDERED.**

Dated: October 4, 2022      _____s/James E. Shadid_____
                                                    HON. JAMES E. SHADID
                                                    United Stated District Judge

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| PLAINTIFFS<br>ANTHONY SCOTT AND AUDREY PRUITT | DEFENDANTS<br>PAR-A-DICE HOTEL CASINO AND BOYD GAMING CORPORATION |
| By: */s/ Catherine T. Mitchell*<br>Ryan F. Stephan<br>James B. Zouras<br>Catherine T. Mitchell<br>STEPHAN ZOURAS, LLP<br>100 N. Riverside Plaza<br>Suite 2150<br>Chicago, Illinois 60606<br>312.233.1550<br>312.233.1560 f<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>cmitchell@stephanzouras.com<br><br>Steven Smith<br>STEVEN SMITH LAW GROUP<br>5555 N Sheridan Road<br>Suite 708<br>Chicago, Illinois 60640<br>312.622.5545<br>Stevesmithlaw88@gmail.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Matthew D. Provance*<br>Matthew D. Provance<br>J. Gregory Deis<br>Nathan A. Rice<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606-4637<br>(312) 782-0600<br>(312) 782-7711—Facsimile<br>mprovance@mayerbrown.com<br>gdeis@mayerbrown.com<br>nrice@mayerbrown.com<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I, Matthew D. Provance, an attorney, certify that I caused a copy of the foregoing to be filed electronically with the Court using the CM/ECF system which will cause it to be served on all counsel of record.

Date: August 19, 2022                                  By: */s/ Matthew D. Provance*